# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| DAN EIDEN, INC.,<br>　　Plaintiff,<br><br>v.<br><br>F&M TOOL & PLASTICS, INC.,<br>　　Defendant. | CIVIL ACTION NO. 4:16-CV-40032 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate that this action may be dismissed with prejudice, with all costs and rights of appeal waived.

| DAN EIDEN, INC. | F&M TOOL & PLASTICS, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Brian B. Brown <br> Brian B. Brown, Esq. <br> ID #P62733 (Admitted Pro Hac Vice) <br> Carlson, Gaskey & Olds, P.C. <br> 400 West Maple Road, Suite 350 <br> Birmingham, MI 48009 <br> Phone: 248.988.8360 <br> Fax: 248.988.8363 <br> Email: bbrown@cgolaw.com <br><br> Brendan M. Shortell, Esq. <br> BBO #675851 <br> Lambert & Associates <br> Boston, MA 02109 <br> Phone: 617.720.0091 <br> Fax: 617.720.6307 <br> Email: shortell@lambertpatentlaw.com | /s/ Richard C. Van Nostrand <br> Richard C. Van Nostrand, Esq. <br> BBO #507900 <br> Brian M. Casaceli, Esq. <br> BBO #690580 <br> Mirick, O'Connell, DeMallie & Lougee, LLP <br> 1800 West Park Drive, Suite 400 <br> Westborough, MA 01581-3926 <br> Phone: 508.860.1453 <br> Fax: 508.207.9347 <br> Email: rvannostrand@mirickoconnell.com <br> bcasaceli@mirickoconnell.com |

Dated: July 19, 2017

## CERTIFICATE OF SERVICE

I, Richard C. Van Nostrand, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by U.S. first-class mail.

/s/ Richard C. Van Nostrand
Richard C. Van Nostrand, Esq.

Dated: July 19, 2017